722 A.2d 104

IN THE MATTER OF KEVIN J. DALY, AN ATTORNEY. AT LAW.

January 15, 1999.

### ORDER

The Disciplinary Review Board on October 30, 1998, having filed with the Court its decision concluding that **KEVIN J. DALY** of **CRANFORD**, who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of three

months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed), *RPC* 1.15(b) (failure to notify client and promptly deliver funds) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **KEVIN J. DALY** is suspended from the practice of law for a period of three months, and until further Order of the Court, effective February 8, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.